UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 26-cr-21-4J-01 |
| | ) |
| SAMUEL GUZMAN-HERNANDEZ, | ) Count 1: Failure to Register |
| | ) (8 U.S.C. § 1306(a)) |
| Defendant. | ) |
| | ) |

## INFORMATION

**The United States Attorney charges:**

## COUNT ONE

Failure to Register
[8 U.S.C. § 1306(a)]

On or about March 18, 2026, in the District of New Hampshire, the defendant,

**SAMUEL GUZMAN-HERNANDEZ,**

an alien who was required to apply for registration and to be fingerprinted in the United States,

did knowingly and willfully fail or refuse to make such application or to be fingerprinted.

All in violation of Title 8, United States Code, Section 1306(a).

Dated: April 29, 2026

ERIN CREEGAN
United States Attorney

By:    /s/ Alexander S. Chen
Alexander S. Chen
Assistant U.S. Attorney

Heather Anderson
Special Assistant U.S. Attorney

1